■ In the Matter of the Intermediate Accounting of SECURITY TRUST COMPANY OF ROCHESTER, as Trustee, Respondent. JANET T. INGERSOLL, Appellant. — Motion granted and order entered June 30, 1970 amended by adding thereto the following: " except as to the appeal from that part of the order which denied the application to vacate and set aside the order of August 30, 1968, as to which appeal the motion is hereby denied."

■ In the Matter of ALDO L. DI FLORIO, as District Attorney of Niagara County, Respondent, v. DONALD B. GRAY et al., Appellants.—

Memorandum: No adequate showing of merit was presented to warrant the stay sought (see *Matter of Fischer [Checkman]*, 283 App. Div. 518). Not only does it appear that the majority of the respondents served in this proceeding have already removed their trailers from the reservation, but it further appears that all non-Indian residents of the mobile home courts on the reservation were notified over nine months ago of the position taken by the Chief's Council of the Tuscarora Nation.